IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAHU RODRIQUEZ,

        Petitioner,                  No. 2:10-cv-1226 GEB KJN P

    vs.

GARY SWARTHOUT,

        Respondent.              ORDER

                             /

        On December 15, 2010, respondent filed a motion for reconsideration of this court's December 8, 2010 order in light of both parties' declination of consent to proceed before the undersigned. Good cause appearing, the December 8, 2010 order is vacated and the court will issue findings and recommendations herewith.

        IT IS HEREBY ORDERED that:

        1. Respondent's December 15, 2010 motion for reconsideration (dkt. no. 15) is granted.

        2. The December 8, 2010 order (dkt. no. 14) is vacated.

DATED: January 3, 2011

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

rodr1226.rec